```
1   JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
2   BENJAMIN D. GALLOWAY, Bar #214897
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   ARTURO GONZALEZ-MORAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-0432 JAM |
| Plaintiff, | STIPULATION AND ORDER FOR PRE-PLEA PSR AS TO CRIMINAL HISTORY |
| v. | OF DEFENDANT GONZALEZ-MORAN |
| ARTURO GONZALEZ-MORAN, | Date: March 19, 2013 |
| | Time: 9:45 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

Assistant United States Attorney MICHAEL D. MCCOY, counsel for the plaintiff United States of America, and defendant ARTURO GONZALEZ-MORAN, by and through his counsel BENJAMIN GALLOWAY, respectfully request that this Court order the Probation Office to prepare a pre-plea presentence report as to the criminal history of defendant Gonzalez-Moran, and serve it on the parties prior to the next hearing date. The parties have agreed that the requested report would aid the

/ / /

/ / /

/ / /

/ / /

parties toward resolving the case.

Dated: February 15, 2013            Respectfully submitted,

                                    JOSEPH SCHLESINGER
                                    Acting Federal Defender


                                    /s/ Benjamin Galloway
                                    BENJAMIN D. GALLOWAY
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    ARTURO GONZALEZ-MORAN

Dated: February 15, 2013

                                    BENJAMIN B. WAGNER
                                    United States Attorney


                                    /s/ Benjamin Galloway for
                                    MICHAEL D. MCCOY
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


**O R D E R**

The Court orders the United States Probation Office to prepare and disclose to the parties a pre-plea presentence report as to the criminal history of defendant Gonzalez-Moran.

**IT IS SO ORDERED.**

DATED: February 15, 2013

                                    /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    United States District Court Judge