```
 1  HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar #214897
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  ARTURO GONZALEZ-MORAN

 7

 8                 IN THE UNITED STATES DISTRICT COURT

 9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      ) No. 2:12-cr-0432 JAM
                                   )
13              Plaintiff,         ) STIPULATION AND ORDER CONTINUING
                                   ) STATUS CONFERENCE AND EXCLUDING
14      v.                         ) TIME
                                   )
15  ARTURO GONZALEZ-MORAN and      ) Date: July 30, 2013
    GILBERTO LORENZO LUVIO,        ) Time: 9:45 a.m.
16                                 ) Judge: Hon. John A. Mendez
                Defendants.        )
17                                 )
    _____)
18
```

19     IT IS HEREBY STIPULATED and agreed to between the United States of

20 America through MICHAEL McCOY, Assistant U.S. Attorney; defendant

21 ARTURO GONZALEZ-MORAN by and through his counsel, BENJAMIN GALLOWAY,

22 Assistant Federal Defender; and defendant GILBERTO LORENZO LUVIO, by

23 and through his counsel, PATRICK McCARTHY, that the status conference

24 set for June 11, 2013 be continued to July 30, 2013 at 9:45 a.m.

25     The reason for this continuance is to allow defense counsel

26 additional time to review discovery with the defendant, to examine

27 possible defenses and to continue investigating the facts of the case.

28 / / /

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 30, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 6, 2013　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　　/s/ Benjamin Galloway
　　　　　　　　　　　　　　　　　　　　BENJAMIN GALLOWAY
　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　ARTURO GONZALEZ-MORAN


　　　　　　　　　　　　　　　　　　　　/s/ Patrick McCarthy
　　　　　　　　　　　　　　　　　　　　PATRICK McCARTHY
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　GILBERTO LORENZO LUVIO

DATED: June 6, 2013　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/ Benjamin Galloway for
　　　　　　　　　　　　　　　　　　　　MICHAEL McCOY
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

DATED: June 6, 2013
　　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　HON. JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　United States District Court Judge