1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ARTURO GONZALEZ-MORAN

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,        )   No. 2:12-cr-0432 JAM
                                     )
13              Plaintiff,           )   STIPULATION AND ORDER CONTINUING
                                     )   STATUS CONFERENCE AND EXCLUDING
14       v.                          )   TIME
                                     )
15  ARTURO GONZALEZ-MORAN and        )   Date:  September 17, 2013
    GILBERTO LORENZO LUVIO,          )   Time:  9:45 a.m.
16                                   )   Judge: Hon. John A. Mendez
                Defendants.          )
17                                   )
                                     )
18  _____ )

19       IT IS HEREBY STIPULATED and agreed to between the United States of America through

20  MICHAEL McCOY, Assistant U.S. Attorney; defendant ARTURO GONZALEZ-MORAN by and through

21  his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender; and defendant GILBERTO LORENZO

22  LUVIO, by and through his counsel, J. PATRICK McCARTHY, that the status conference set for July 30,

23  2013 be continued to September 17, 2013 at 9:45 a.m.

24       The reason for this continuance is to allow defense counsel additional time to review discovery with

25  the defendant, to examine possible defenses and to continue investigating the facts of the case.

26       The parties stipulate that the ends of justice served by the granting of such continuance outweigh the

27  interests of the public and the defendant in a speedy trial.

28

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for September 17, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 24, 2013               Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin Galloway*
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
ARTURO GONZALEZ-MORAN

*/s/ J. Patrick McCarthy*
J. PATRICK McCARTHY
Attorney for Defendant
GILBERTO LORENZO LUVIO

DATED: July 24, 2013               BENJAMIN B. WAGNER
United States Attorney

*/s/ Michael McCoy*
MICHAEL McCOY
Assistant U.S. Attorney
Attorney for Plaintiff

# **O R D E R**

**IT IS SO ORDERED**.

DATED: July 25, 2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge