HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ARTURO GONZALEZ-MORAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ARTURO GONZALEZ-MORAN and<br>GILBERTO LORENZO LUVIO,<br><br>    Defendants. | No. 2:12-cr-0432 JAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br><br><br>Date: October 1, 2013<br>Time: 9:45 a.m.<br>Judge: Hon. John A. Mendez |

  IT IS HEREBY STIPULATED and agreed to between the United States of America through MICHAEL McCOY, Assistant U.S. Attorney; defendant ARTURO GONZALEZ-MORAN by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender; and defendant GILBERTO LORENZO LUVIO, by and through his counsel, J. PATRICK McCARTHY, that the status conference set for September 17, 2013 be continued to October 1, 2013 at 9:45 a.m.

  The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to investigate the facts of the case, and to negotiate a resolution to this matter.

  Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 1, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

| | | |
|---|---|---|
| DATED: | September 13, 2013 | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | | */s/ Benjamin Galloway*<br>BENJAMIN GALLOWAY<br>Assistant Federal Defender<br>Attorney for Defendant<br>ARTURO GONZALEZ-MORAN |
| | | */s/ J. Patrick McCarthy*<br>J. PATRICK McCARTHY<br>Attorney for Defendant<br>GILBERTO LORENZO LUVIO |
| DATED: | September 13, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| | | */s/ Michael McCoy*<br>MICHAEL McCOY<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September 17, 2013, status conference hearing be continued to October 1, 2013, at 9:45 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the October 1, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

DATED: September 13, 2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge