HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
ARTURO GONZALEZ-MORAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:12-CR-00432 JAM |
| Plaintiff, | )<br>)<br>) | STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE |
| v. | )<br>) | DATE:       October 8, 2013 |
| ARTURO GONZALEZ-MORAN and<br>GILBERTO LORENZO LUVIO, | )<br>)<br>) | TIME:        9:45 am<br>JUDGE:     Hon. John A. Mendez |
| Defendants. | )<br>)<br>) | |

IT IS HEREBY STIPULATED and agreed to between the United States of America through MICHAEL McCOY, Assistant U.S. Attorney; defendant ARTURO GONZALEZ-MORAN by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender; and defendant GILBERTO LORENZO LUVIO, by and through his counsel, J. PATRICK McCARTHY, that the status conference set for October 1, 2013 be vacated and a change of plea hearing be set for October 8, 2013 at 9:45 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, review plea agreements with the defendants, and to negotiate a resolution to this matter. The parties find that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 8, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:            September 26, 2013                Respectfully submitted,

                                                    HEATHER E. WILLIAMS
                                                    Federal Defender

                                                    /s/ Benjamin Galloway
                                                    BENJAMIN GALLOWAY
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    ARTURO GONZALEZ-MORAN


                                                    /s/ J. Patrick McCarthy
                                                    J. PATRICK McCARTHY
                                                    Attorney for Defendant
                                                    GILBERTO LORENZO LUVIO


DATED:            September 26, 2013                BENJAMIN B. WAGNER
                                                    United States Attorney

                                                    /s/ Michael McCoy
                                                    MICHAEL McCOY
                                                    Assistant U.S. Attorney
                                                    Attorney for Plaintiff


# **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 1, 2013, status conference hearing be vacated and a change of plea hearing be set for October 8, 2013, at 9:45 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the October 8, 2013 change of plea hearing shall

be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

DATED: September 26, 2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge